UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00019-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON PIERRE HINTON | ORDER TO RELEASE DEFENDANT ON COMPASSIONATE FURLOUGH |

This matter comes before the Court by motion of the Defendant to grant him a 12-hour furlough from the Pitt County Detention Center for purposes of attending his grandmother's funeral in Apex, North Carolina. For good cause shown, it is hereby ORDERED that the 12-hour furlough is GRANTED.

The Defendant shall be released from the Pitt County Detention Center at 9:00 a.m. on Saturday, October 20,, 2018, for the sole purpose of attending the funeral service and repass ceremony for his grandmother in Apex, North Carolina. At all times during that day, the Defendant shall remain in the custody of his mother, Inetta Hinton. The Defendant's mother shall return the Defendant to the Pitt County Detention Center by no later than 9:00 p.m. on Saturday, October 20, 2018.

**IT IS SO ORDERED.**

This <u>19th</u> day of October, 2018.

                                                  Louise Wood Flanagan
                                                  United States District Judge